(412) 227-2500 Phone                    (215) 546-2776
Counsel for Defendants GMT1, LLC;       Counsel for Plaintiff G E Capital
A Daniel Paul; and David Webb           Information Technology Solutions, Inc.
                                        d/b/a IKON Financial Services

SO ORDERED:

Hon. Donetta W. Ambrose
Chief United States District Judge