|  | Pa. I.D. # 86818<br>1528 Walnut Street, Suite 1602<br>Philadelphia, PA 19102<br><br>(215) 546-2776<br>Counsel for Plaintiff G.E. Capital<br>Information Technology Solutions, Inc.<br>d/b/a IKON Financial Services |
|---|---|

SO ORDERED:

*/s/ Donetta W. Ambrose*

Hon. Donetta W. Ambrose
Chief United States District Judge